HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ENTERPRISES INTERNATIONAL, INC., et al.,<br><br>                           Plaintiffs,<br><br>     v.<br><br>PASABAN, S.A., et al.,<br><br>                           Defendants. | No.  11-CV-5919 RBL<br><br>ORDER |

Before the Court are Enterprises' Motion for Reconsideration (Dkt. #61) and Pasaban's Motion for a Protective Order (Dkt. #57).

### MOTION FOR RECONSIDERATION

Under Local Rule 7(h):
> Motions for reconsideration are disfavored.  The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.

The Ninth Circuit has called reconsideration an "extraordinary remedy, to be used sparingly in the interests of finality and conservation of judicial resources." *Kona Enters., Inc. v. Estate of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000) (quoting 12 James Wm. Moore et al., *Moore's Federal Practice* § 59.30[4] (3d ed. 2000).  "Indeed, a motion for reconsideration should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law." *Id.* (quoting *389 Orange Street Partners*, 179 F.3d 656, 665 (9th Cir. 1999)).

Enterprises fails to provide justification for reversing this Court's previous order, and the Motion (Dkt. #61) is **DENIED**.

### MOTION FOR PROTECTIVE ORDER

Pasaban's Motion for a Protective Order was filed before this Court ordered the proceedings stayed and compelled arbitration.  The Motion (Dkt. #57) is **MOOT**.

Dated this 26th day of February 2013.

*Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE